JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>MEIKLE PROPERTIES, LLC, a California Limited Liability Company;<br>SUPER SAL, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-04952-CAS-AFM<br><br>**ORDER** |

## **ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: October 28, 2016

*/s/ Christina A. Snyder*
HON. CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE

1

Notice for Dismissal          Case: 2:16-CV-04952-CAS-AFM